IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LISA MORRIS**
7831 Birmingham Avenue
Parkville, MD 21234

    Plaintiff,

v.                                                                      Case No.

**UNITED STATES OF AMERICA**
**SERVE:**
    William P. Barr, Esquire
    Attorney General of the
    United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530

and

Karl A. Racine, Esquire
United States Attorney for
the District of Columbia
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

    Defendant.

## COMPLAINT

COMES NOW the Plaintiff Lisa Morris, by and through her attorneys, Joseph Cammarata, Esquire, and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and respectfully states as follows:

**INTRODUCTION**

1.   This Court has jurisdiction over the within cause of action pursuant to the Federal Tort Claims Act (FTCA) and due to the fact that the incident at issue occurred in the District of Columbia.

2.   On or about October 30, 2018, Plaintiff filed a Standard Form 95 claim, a copy of which is attached hereto as Exhibit 1, and a Standard Form 1145 claim, a copy of which is attached hereto as Exhibit 2, with the Office of General Counsel for the United States Capitol Police, pursuant to 28 U.S.C. §2675(a).

**COUNT I**
(Negligence – Personal Injury)

3.   On or about March 15, 2018, at approximately 3:30 p.m., Plaintiff Lisa Morris was a passenger in a motor vehicle proceeding northbound on Route 295 at or near the exit to Benning Road, N.E., in the District of Columbia.

4.   At said time and place, Garrett Zborai was operating a motor vehicle owned by Defendant United States of America, with the express permission and consent of Defendant United States of America, and/or as the agent, servant and/or employee of Defendant United States of America, acting within the course and scope of his employment.  Garrett Zborai was operating a motor vehicle proceeding directly behind the vehicle in which

2

Plaintiff was a passenger, northbound on Route 295 at or near the exit to Benning Road, N.E., in the District of Columbia.

5. At said time and place, Garrett Zborai, negligently operated his vehicle in such a manner as to cause it to strike the rear of the vehicle in which Plaintiff was a passenger, which was lawfully and properly proceeding on said roadway.

6. At all relevant times mentioned herein, Defendant United States of America, acting by and through its driver, Garrett Zborai, owed a continuing duty to operate their vehicle in a reasonable and prudent manner with due regard to other persons then and there lawfully upon said roadway, such as the Plaintiff.

7. Defendant United States of America, acting by and through its driver Garrett Zborai, breached the duties owed to the Plaintiff, Lisa Morris. The collision referred to herein was caused by the negligence of the Defendant who, inter alia, failed to maintain a proper distance between their vehicle and the Plaintiff's vehicle, failed to pay full time and attention, failed to maintain a proper lookout, failed to operate their vehicle at a safe and reasonable speed, failed to maintain control of their vehicle, failed to operate their vehicle so as to avoid a collision, and failed to obey the rules and regulations of the District of Columbia, then and there in full

force and effect. At all times mentioned herein, Plaintiff was free of negligence and/or contributory negligence.

8. As a direct and proximate result of Defendant's aforesaid negligence, Plaintiff Lisa Morris suffered injuries and damages, including, but not limited to: a traumatic brain injury; occipital neuritis; cervical strain with radiculopathy; and lumbar strain; she has incurred, and will continue to incur, medical and hospital expenses in an effort to care for her injuries; she has suffered and will in the future suffer, a loss of earnings and/or earning capacity; and she has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

WHEREFORE, Plaintiff Lisa Morris demands judgment of and against Defendant United States of America, jointly and severally, in the full amount of Five Hundred Thousand Dollars ($500,000.00), plus costs.

Respectfully submitted,

**CHAIKIN, SHERMAN, CAMMARATA & SIEGEL, P.C.**


/s/ Joseph Cammarata
Joseph Cammarata
D.C. Bar No. 389254
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Tel: (202) 659-8600
Fax: (202) 659-8680
joe@dc-law.net
*Attorneys for Plaintiff*

**JURY DEMAND**

Plaintiff hereby requests a trial by jury as to all issues triable herein.

/s/ Joseph Cammarata
Joseph Cammarata